UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Latonya Taylor, | Case No.: 2:23-cv-00561-JAD-EJY |
| Plaintiff | |
| v. | **Remand Order** |
| Westgate Las Vegas Resort & Casino, LLC, et al., | [ECF No. 8] |
| Defendants | |

Latonya Taylor filed this tort action based entirely on state-law claims in Nevada state court. The defendants removed this case to federal court under 28 U.S.C. §§ 1332 and 1441(b)(3) based on diversity jurisdiction.[1] Arguing that the defendants' removal in April 2023 was untimely because the December 2022 request for exemption from arbitration made it clear that the plaintiff was claiming she'd already incurred medical damages of $195,071.06, plaintiff moves to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 8] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 5, Case No. A-22-856693-C,** and CLOSE THIS CASE.

Dated: July 6, 2023

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.
[2] ECF No. 8.